## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

| | |
|---|---|
| SAVE WESTERN MARYLAND, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-cv-3565-RDB |
| ) | |
| CONSTELLATION GREEN ENERGY, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

On this 11th day of April, 2014, the parties, through counsel, Stipulate and Agree, pursuant to Rule 41(a)(1)(A)(ii) that this case shall be voluntarily dismissed, without prejudice. Outstanding Court costs, if any, shall be borne by the defendants.

/s*  
Martin I. Moylan (Bar No. 02571)  
Moylan and Moylan  
202 Taplow Road  
Baltimore, MD 21212  
Tel: 410-917-3071  
cimoylan@juno.com  

*Counsel for Plaintiffs*

*signed by Mark D. Gately with the permission of Martin I. Moylan

/s/  
Mark D. Gately (Bar No. 00134)  
Scott R. Haiber (Bar No. 25947)  
Hogan Lovells US LLP  
100 International Drive  
Suite 2000  
Baltimore, MD 21202  
Tel: 410-659-2700  
mark.gately@hoganlovells.com  

*Counsel for Defendants*

Request Granted this 14th Day of April, 2014.

Richard D. Bennett  
United States District Judge